THE HONORABLE RONALD B. LEIGHTON

07-CV-05355-ORD

FILED _____ LODGED
_____ RECEIVED

AUG 17 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELA OLSON, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>SEPTODONT, INC., BURKHART DENTAL, INC., REEVE BURKHART DENTAL SUPPLY COMPANY, BURKHART DENTAL SUPPLY COMPANY, AND JOHN DOES 1-5,<br><br>Defendants. | NO. 3:07-cv-05355-RBL<br><br>[PROPOSED]<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH BRIEF PURSUANT TO LR 7(f) |

THIS MATTER came for hearing upon Plaintiff Angela Olson's Motion to File an Over-Length Brief Pursuant to Local Rule 7(f), the Court having considered the arguments of the parties and the records and files herein, and being fully advised on the premises, it is hereby ORDERED, that Plaintiff Angela Olson's Motion to File an Over-Length Brief Pursuant to LR 7(f) is hereby GRANTED. Plaintiff is permitted to file a twenty-four page Motion to Remand.

ORDER GRANTING PLAINTIFF'S MOTION
TO FILE AN OVER-LENGTH BRIEF - 1 of 3

DONE this 17th day of August, 2007.

*[signature]*
THE HONORABLE RONALD B. LEIGHTON

ORDER GRANTING PLAINTIFF'S MOTION
TO FILE AN OVER-LENGTH BRIEF - 2 of 3

LAW OFFICES OF
JOHN R. CONNELLY, JR.
2301 North 30th St.
TACOMA, WASHINGTON 98403
(253) 593-5100 · FACSIMILE (253) 593-0380

DONE this 17th day of August, 2007.

*[signature: Ronald B. Leighton]*

THE HONORABLE RONALD B. LEIGHTON

ORDER GRANTING PLAINTIFF'S MOTION
TO FILE AN OVER-LENGTH BRIEF - 2 of 3

LAW OFFICES OF
JOHN R. CONNELLY, JR.
2301 North 30th St.
TACOMA, WASHINGTON 98403
(253) 593-5100 · FACSIMILE (253) 593-0380