AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

ANGELA OLSON,

v.

SEPTODONT, INC., BURKHART
DENTAL, IN., REEVE BURKHART
DENTAL SUPPLY COMPANY, and
JOHN DOES 1-5,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C07-5355RBL

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion to Remand to Pierce County Superior Court is GRANTED.

*DATED : September 21, 2007*

                                                    BRUCE  RIFKIN
                                        *Clerk*

                                             /s/   Jean Boring
                                        *(By) Deputy Clerk*, Jean Boring